UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
H.J.S.A.,

                Petitioner,

        - against –

LaDeon FRANCIS, Acting Field Office
Director of New York, Immigration and
Customs Enforcement; Todd LYONS,
in his official capacity as the Acting
Director of U.S. Immigration and
Customs Enforcement; and Markwayne
MULLIN, in his official capacity as
Secretary of the Department of Homeland
Security,

                Respondents.
------------------------------------------------------------ X

JUDGMENT
26-CV-1793 (AMD)

     A Memorandum, Decision, and Order of Honorable Ann M. Donnelly, United States

District Judge, having been filed on April 2, 2026, granting the petition for a writ of habeas

corpus under 28 U.S.C. § 2241; it is

     ORDERED and ADJUDGED that the petition for a writ of habeas corpus under 28

U.S.C. § 2241 is granted.

Dated: Brooklyn, New York
      April 2, 2026

Approved by:  s/Ann M. Donnelly
               ANN M. DONNELLY
               United States District Judge


Dated: Brooklyn, New York
      April 2, 2026

Approved by:    /s/Brenna B. Mahoney
               BRENNA B. MAHONEY
               Clerk of Court